EMERGENCY REQUEST FOR TEMPORARY RESTRAINING ORDER

The Plaintiff respectfully submits this Verified Complaint as an emergency filing.

An adult-themed event is scheduled to occur on June 6th, 2025, in Cambier Park, Naples, Florida. Said event contains sexually suggestive content that places developmentally disabled children at risk of psychological harm, trauma, and emotional disorientation.

This Court is requested to immediately intervene and issue a Temporary Restraining Order (TRO) enjoining the City of Naples and all named Defendants from authorizing, sponsoring, or permitting any such event in a public park without an ADA-based review for foreseeable harm to vulnerable populations.

This request is made pursuant to the ADA, the Rehabilitation Act, the First and Fourteenth Amendments to the United States Constitution, and binding Supreme Court precedent, including Tennessee v. Lane.

Failure to act before June 6th will expose disabled children to irreversible harm, violate the Constitution, and establish a precedent of judicial indifference.

This is an emergency. This is a legal obligation. This is a moment to protect the voiceless.

Respectfully submitted,

*Darren Dione Aquino*

Darren Dione Aquino
Plaintiff, pro se
CEO, Advocates for Disabled Americans
Date: 5/29/2025