UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

Darren Dione Aquino,
Plaintiff, pro se
v.
City of Naples; Mayor Teresa Heitmann; Naples City Council;
Judge John E. Steele; Governor Ron DeSantis,
Defendants.

Case No.: 2:25-cv-00460

EMERGENCY MOTION TO EXPEDITE REVIEW OF TEMPORARY RESTRAINING ORDER

Plaintiff Darren Dione Aquino respectfully submits this Emergency Motion to Expedite pursuant to Federal Rule of Civil Procedure 65(b) and Local Rule 3.01(e), requesting immediate judicial review of the Verified Complaint and Emergency Request for Temporary Restraining Order (TRO) filed on May 29, 2025.

In support thereof, Plaintiff states:

1. Plaintiff is a qualified individual with a disability under the Americans with Disabilities Act (ADA), and the parent of a developmentally disabled child. Plaintiff brings this action under Title II of the ADA, the Rehabilitation Act, and Rule 17(c) as next friend to vulnerable children facing imminent harm.

2. The subject event—an adult-themed public performance scheduled for June 6, 2025, in Cambier Park, Naples, Florida—presents a medically documented and foreseeable risk of psychological harm, trauma, and emotional distress to developmentally disabled minors.

3. A Verified Complaint, sworn declarations (including from Dr. Mikhail Artamonov, M.D., Ph.D.), and a Judicial Notice were filed with this Court detailing the scope of the injury and legal basis for relief.

4. Plaintiff has served all Defendants and provided notice to Chief Judge Timothy J. Corrigan and this Court regarding the urgent nature of the request and the upcoming deadline.

5. Plaintiff now respectfully moves this Court to expedite consideration and issue a ruling no later than June 3, 2025, to prevent irreparable harm and preserve judicial integrity under the ADA and Rule 65(b).

6. Failure to act would violate Plaintiff's constitutional rights, the rights of disabled minors, and would constitute judicial indifference to foreseeable harm documented under oath and supported by expert testimony.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court:
- Expedite review of the TRO request before close of business on June 3, 2025;
- Grant any additional relief necessary to protect the rights and safety of developmentally disabled children;
- Direct Defendants to respond promptly to the emergency filing pursuant to court supervision.

Respectfully submitted,

Darren Dione Aquino
Plaintiff, pro se
CEO, Advocates for Disabled Americans, Veterans, Police, Firemen & Families
2805 Citrus St., Naples, FL 34120
Email: ADAvets@gmail.com | Phone: (929) 245-1151
Date: May 30, 2025