# NOTICE OF SUPPLEMENTAL FILING

Plaintiff Darren Dione Aquino respectfully submits this Notice of Supplemental Filing consisting of the following documents:

1. Supplemental Declaration & Legal Brief in support of organizational speech, ADA-based standing, and protected rights.

2. Certificate of Service verifying transmission to:

   - Governor Ron DeSantis

   - Mayor Teresa Heitmann

   - City Attorney Matthew McConnell (on behalf of the Naples City Council)

3. Supplemental Statement for Oral Argument and Clarification of Legal Scope,

   distinguishing this matter as an entirely new cause of action unrelated to prior rulings involving municipal event approvals.

This filing is submitted in good faith to clarify Plaintiff's legal position, establish proper standing, and ensure the Court is aware that this case is constitutionally, factually, and procedurally distinct from any prior proceedings involving unrelated First Amendment issues.

Respectfully submitted,

*Darren Dione Aquino*

Darren Dione Aquino

Founder & CEO, Advocates for Disabled Americans, Veterans, Police, Firemen & Families

ADAvets@gmail.com | ADAvetsPets@gmail.com

Date: May 30, 2025