UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

FORT MYERS DIVISION

DARREN DIONE AQUINO,

Pro Se Plaintiff

v.                          Case No. 2:25-cv-00460-SPC-MRM

CITY OF NAPLES, FLORIDA;

NAPLES CITY COUNCIL;

MAYOR TERESA HEITMANN;

HON. JUDGE JOHN L. BADALAMENTI;

HON. MAGISTRATE JUDGE NICHOLAS P. MIZELL;

GOVERNOR RON DESANTIS;

and JOHN/JANE DOES 1–5,

Defendants.

_____/

Filed: June 4, 2025

COVER LETTER TO THE COURT AND CLERK

Dear Honorable Judge Badalamenti, Magistrate Judge Mizell, and Clerk of Court,

Please accept this corrected emergency filing in the above-captioned matter.

Due to a documented disability affecting my ability to process information under pressure and with limited technological accommodations, a prior version of this filing contained an incorrect case number. That error was not intentional and should not be held against me under the ADA and due process standards established by *Tennessee v. Lane*.

This emergency motion seeks immediate redress for ADA-based harms and irreparable injury. I also respectfully place on record that repeated delays in court notifications—often issued at the end of the business day—deprive me of reasonable time to respond, effectively eliminating a full calendar day of my right to reply. This causes procedural disadvantage and exacerbates disability-related barriers to justice.

I respectfully request full ADA accommodations moving forward, including timely, early-day communications and an opportunity to be heard orally, either by phone or in writing, before adverse decisions are made.

Thank you for your attention and for ensuring equal access to this process. Apologies for the inconvenience.

Respectfully submitted,

*Darren Dione Aquino*

Darren Dione Aquino

Pro Se Plaintiff

Chief Advocate, ADA Advocates

2805 Citrus St., Naples, FL 34120

ADAvetspets@gmail.com | 929-245-1151